peal from the City Court of Pana; the Hon. Harry Stuttle, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed April 22, 1922.

Charles E. Springstun, *pro se.* E. E. Dowell, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.

---

**J. C. Ross, plaintiff in error, v. George B. Maston, defendant in error.**

Suit to enjoin defendant from spending money collected on a certain judgment and from preventing complainant from recovering same and to compel return to complainant of such sum. Demurrer sustained and bill dismissed for want of equity. Error to the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 22, 1922.

O. M. Jones and A. R. Hall, for plaintiff in error; Jones & Levin and Hall and Holaday, of counsel. No appearance for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.

---

**John Thomas, appellee, v. W. H. Kraft, appellant.**

Action for damages to plaintiff's horse, harness and buggy in a collision with defendant's automobile. Judgment for plaintiff. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed April 22, 1922.

Kennedy & Kennedy, for appellant; R. F. Dunn, of counsel. Costigan & Wollrab, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Henry H. Hansen et al., plaintiffs in error, v. John R. Bradshaw, defendant in error.**

Judgment by confession on a judgment note. Motion to open judgment denied. Error to the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded with directions. Opinion filed April 22, 1922.

Wiley & Morey, for plaintiffs in error; O. C. LeForgee, of counsel. Redmon, Hogan & Redmon, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Fred Baber, trustee, appellee, v. Erastus Hurst, appellant.**

Suit by trustee for creditors to compel the assignment of a judgment taken contrary to the trust agreement and execution of a release of same and a release of any lien acquired thereby. Decree for complainant. Appeal from the Circuit Court of Edgar county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1921. Affirmed in part and reversed in part with directions. Opinion filed April 22, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Gee & Gee, for appellant. Herman A. Fischer and Frank C. Van Sellar, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.